**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02349-RM-STV

VICTORIA L. CHAVEZ,

    Plaintiff,

v.

D2 MANAGEMENT, LLC,

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES, VICTORIA L. CHAVEZ ("Plaintiff"), by and through her undersigned attorney, and, in support of her Notice of Voluntary Dismissal without prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, D2 MANAGEMENT, LLC, without prejudice, with leave to reinstate through December 20, 2021. After December 20, 2021, the dismissal shall become with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 10th day of September 2021.

    */s/ Nathan C. Volheim*
    Nathan C. Volheim
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    Telephone: (630) 575-8181 x113
    Fax: (630) 575-8188
    nvolheim@sulaimanlaw.com
    *Counsel for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim